IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCNEIL,

    Plaintiff,

  vs.

A. BRADISH, et al.,

    Defendants.

CV F 03 5823 REC   WMW   P

<u>ORDER RE MOTION (DOC 42)</u>

        Plaintiff has filed a motion for leave to file an amended complaint, along with a proposed second amended complaint.   The court has previously found that the first amended complaint states a claim for relief, and has directed service of process upon defendants. Pursuant to Federal Rule of Civil Procedure 15, plaintiff may amend his complaint once, as a matter of right, without leave of court.   Plaintiff is advised, however, that should he proceed on the second amended complaint, the court will vacate the earlier order directing service of process.  The court will then review the second amended complaint and, if appropriate, direct plaintiff to complete and submit to the court the forms for service of process.   Should plaintiff decide to proceed on the first amended complaint, he should inform the court within thirty days. Should plaintiff fail to respond to this order within thirty days of the date of service, the court will vacate the earlier order finding that the first amended complaint stated a claim for relief.

Plaintiff is further advised that should he decide to proceed on the first amended complaint, he will not be prejudiced from filing a later motion to file a second amended complaint once an answer has been filed.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall advise the court, within thirty days of the date of service of this order, whether he intends to proceed on the first amended complaint.

IT IS SO ORDERED.

**Dated:   August 16, 2005**           /s/ **William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE