IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCNEIL,

    Plaintiff,                              CV F 03 5823 REC  WMW  P

  vs.                                           ORDER

A. BRADISH, et al.,

    Defendants.

On October 18, 2005, plaintiff filed a motion for leave to file an amended complaint, along with a proposed amended complaint. Plaintiff has not included a certificate of service with his motion, indicating service upon opposing counsel. After defendants have appeared in an action by filing a pleading responsive to the complaint, all documents filed with the court must include a certificate of service stating that a copy of the document was served on the opposing party. See F.R.C.P. 5; Local Rule 5-135. An answer to the complaint was filed on October 7, 2005.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to file an amended complaint is stricken.

2. The Clerk's Office shall return to plaintiff the amended complaint lodged with the court on October 18, 2005. IT IS SO ORDERED.

**Dated:   October 19, 2005**              /s/ **William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE