IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCNEIL,

    Plaintiff,                        CV F 03 5823 REC WMW   P

  vs.                                 ORDER RE MOTION (DOC 59 )

A. BRADISH, et al.,

    Defendants.

      Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an amended complaint.   After plaintiff filed his motion, a scheduling order was issued, setting an August 11, 2006, deadline for amending the pleadings.  Accordingly, Plaintiff's November 1, 2005, motion for leave to file an amended complaint is denied without prejudice.

IT IS SO ORDERED.

**Dated:   January 12, 2006**            **/s/  William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

1