IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCNEIL,

    Plaintiff,   CV F 03 5823 REC WMW   P

vs.   ORDER RE MOTIONS
(DOCUMENTS 54, 56)

A. BRADISH, et al.,

    Defendants.

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for leave to file an amended complaint.   Subsequent to the filing of plaintiff's motions, a scheduling order was entered, setting a deadline for the filing of motions to amend the pleadings.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for leave to amend the complaint are denied as moot.

IT IS SO ORDERED.

**Dated:   April 7, 2006**          **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

1