IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MCNEIL,

    Plaintiff,

vs.

A. BRADISH, et al.,

    Defendants.

CV F 03 5823 REC WMW   P

ORDER RE MOTIONS
(DOCUMENTS 62, 64)

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion to enter default judgment against defendant Bradish.  Subsequent to the filing of plaintiff's motions, defendant Bradish appeared by answer to the complaint.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to enter default judgment against defendant Bradish is denied.

IT IS SO ORDERED.

**Dated:    April 7, 2006**          **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

1