UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McNEIL,<br><br>    Plaintiff,<br><br>v.<br><br>A. BRADISH, et al.,<br><br>    Defendants. | 1:03-CV-05823-OWW-WMW-P<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINES SET BY DISCOVERY/SCHEDULING ORDER OF NOVEMBER 16, 2005<br>(Document #73)<br><br>New Unenumerated Rule 12(b) Motion Deadline -  10-11-2006<br>New Discovery Cut-Off Date -                                04-11-2007<br>New Deadline to Amend Pleadings -                  05-11-2007<br>New Dispositive Motion Deadline -                     06-11-2007 |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 26, 2006, plaintiff filed a motion to extend the deadlines set by the Discovery/Scheduling Order filed on November 16, 2005. On May 30, 2006, the parties filed a stipulation to extend the deadlines. Good cause having been presented, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion to extend the deadlines set by the Discovery/Scheduling Order filed on November 16, 2005, is GRANTED;

    2.    The deadline for filing motions to dismiss for failure to exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b), formerly January 11, 2006, shall be **October 11, 2006;**

1

     3.     All discovery, including motions to compel, formerly to be completed by July 11, 2006, shall be completed by **April 11, 2007;**

     4.     The deadline for amending the pleadings, formerly August 11, 2006, shall be **May 11, 2007**; and

     5.     The deadline for serving and filing pre-trial dispositive motions, formerly September 11, 2006, shall be **June 11, 2007.**

IT IS SO ORDERED.

**Dated:   June 27, 2006**                        /s/  **William M. Wunderlich**
j14hj0                                      UNITED STATES MAGISTRATE JUDGE