IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


MICHAEL MCNEIL,

       Plaintiff,                 CV F 03 5823 REC WMW   P

  vs.                          _____ORDER


A. BRADISH, et al.,

       Defendants.


       On October 24, 2006, the court received a notice from Defendants that the parties have reached a settlement.  The court was advised that an executed Stipulated Request for Dismissal would be filed when the settlement payment has been made.   To date, the court has not received a stipulated dismissal, or any notice regarding the status of the settlement.

       Accordingly, IT IS HEREBY ORDERED that Defendants shall submit, within thirty days of the date of service of this order, a notice to the court regarding the status of settlement proceedings.


IT IS SO ORDERED.

**Dated:    January 4, 2007**          **_/s/  William M. Wunderlich_**
mmkd34                    UNITED STATES MAGISTRATE JUDGE