1  BILL LOCKYER
   Attorney General of the State of California
2  DARRYL L. DOKE
   Lead Supervising Deputy Attorney General
3  THOMAS D. McCRACKIN
   Supervising Deputy Attorney General
4  KEVIN W. REAGER
   Deputy Attorney General
5  State Bar No. 178478
     1300 I Street
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 324-5331
     Fax: (916) 322-8288
8
   **Attorneys for Defendants Amy Bradish
9  and Karen Rascoe**

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| **MICHAEL McNEIL,** | Case No.: 1:03-CV-05823 OWW WMW |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL** |
| v. | |
| **A. BRADISH, et al.,** | |
| Defendants. | |

     TO THE HONORABLE COURT:

     IT IS HEREBY STIPULATED by and between the parties that the above captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41, subdivision (a)(1), as to all claims pursuant to a settlement agreement entered into between the parties.  All parties are to bear their own attorney's fees and costs.

     IT IS SO STIPULATED.

   Dated: October  17 , 2006


                           /s/ Michael McNeil
                         PLAINTIFF MICHAEL McNEIL

                                                           Stipulation
                                    1

Dated: ~~October ___, 2006~~ January 4, 2007

                    Respectfully submitted,

                    BILL LOCKYER
                    Attorney General of the State of California

                    DARRYL L. DOKE
                    Lead Supervising Deputy Attorney General

                    THOMAS D. MCCRACKIN
                    Supervising Deputy Attorney General

                    /s/ Kevin W. Reager
                    _____

                    KEVIN W. REAGER
                    Deputy Attorney General

                    **Attorneys for Defendants**

IT IS SO ORDERED.

**Dated:   January 5, 2007**          /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE