UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McNEIL,<br><br>        Plaintiff,<br><br>   v.<br><br>A. BRANDISH, et al.,<br><br>        Defendant | 1:03-cv-5823 OWW WMW<br><br>ORDER DISMISSING ACTION<br>PURSUANT TO STIPULATION |

**Pursuant to the stipulation submitted by the parties, this action is ordered dismissed with prejudice.** IT IS SO ORDERED.

**Dated:   January 5, 2007**          /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE